IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 19 2009

JAMES N. HATTEN, CLERK
BY: George Dukes, Deputy Clerk

AMCO INSURANCE COMPANY,        )
                               )
                               ) CIVIL ACTION FILE
    Plaintiff,                 )
                               ) NO. 1:08-CV-1902-GET
vs.                            )
                               )
HOMEWAVES, INC., RON           )
ONORATO, and MARK HIGGINS,     )
                               )
    Defendants.                )

- - -

Deposition of RON ONORATO, taken on behalf of the Defendants, by notice and agreement of counsel, in accordance with the Federal Rules of Civil Procedure, before Gere M. Rivera, Certified Court Reporter, at 100 Galleria Parkway, Suite 1600, Atlanta, Georgia, on the 12th day of March, 2009, commencing at the hour of 10:00 a.m.

**ORIGINAL**

Gere M. Rivera, C.C.R.
Deb Puckett & Associates
636 Old Ivy Road
Atlanta, Georgia 30342
(404) 365-9015