## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| AMCO INSURANCE COMPANY | | |
| Plaintiff, | | CIVIL ACTION FILE |
| vs. | | NO. 1:08-cv-1902-GET |
| HOME WAVES, INC., RON ONORATO, MARK HIGGINS | | |
| Defendant. | | |

## J U D G M E N T

This action having come before the court, Honorable G. Ernest Tidwell, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment, and the court having **GRANTED** said motion, it is

**Ordered and adjudged** that judgment be entered in favor of the Plaintiff as to all claims, and against the Defendants; that the Plaintiff recover the costs of this action, and the action be, and the same hereby is **dismissed.**

Dated at Atlanta, Georgia this 6th day of August, 2009.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ *Sheila Gonzalez*
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 6, 2009
James N. Hatten
Clerk of Court

By:   s/ *Sheila Gonzalez*
      Deputy Clerk